IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JOHN SCHULZ<br><br>VS.<br><br>SANDBOX TRANSPORTATION, LLC,<br>ROYAL POWER LOGISTICS, LLC AND<br>MANUEL HERNANDEZ | CIVIL ACTION NO. _____<br>DEMAND FOR JURY TRIAL |

## <u>DEFENDANTS ROYAL POWER LOGISTICS, LLC AND MANUEL HERNANDEZ'S NOTICE OF REMOVAL</u>

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Royal Power Logistics, LLC and Manuel Hernandez ("Defendants") hereby removes this action to the United States District Court for the Western District of Texas from the 82nd Judicial District of Robertson County, Texas, stating as follows:

1. This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction because the proper parties to the suit have complete diversity of citizenship. It arises under the laws of the United States as provided in 28 U.S.C. § 1332 because this action is between citizens of different states.

2. Under the provisions of 28 U.S.C. § 1441, et seq., the right exists to remove this cause from the District Court of Robertson County, Texas to the United States District Court for the Western District of Texas, Waco Division, which embraces the place where this action is pending. In his First Amended Original Petition and Request for Deposition, filed on February 9, 2023, Plaintiff, John Schulz ("Plaintiff") alleges personal injuries arising out of a motor vehicle accident and seeks "monetary relief" of "over $ 1,000,000." Plaintiff outlined the following categories of damages in

the past and future: (1) medical expenses; (2) pain and suffering; (3) mental anguish; (4) incapacity and disability; and (5) loss of earnings. *See* 28 U.S.C. § 1446 (C)(2).

3. Under 28 U.S.C. § 1332, Defendants have a right to remove this case to federal court, because the proper parties have complete diversity of citizenship. Specifically, Plaintiff's First Amended Original Petition and Request for Deposition alleges that Plaintiff is a citizen of Texas. Plaintiff's Petition further states that Royal Power Logistics, LLC foreign company doing business in the State of Texas, and Manuel Hernandez is a foreign person based in Miami, Florida.

4. This action was originally filed on February 9, 2023, by way of Plaintiff's First Amended Original Petition and Request for Deposition. Defendant, Manuel Hernandez, was served with Citation and Plaintiff's First Amended Original Petition and Request for Deposition on March 4, 2023. Please refer to Exhibit "4", which is a true and correct copy of the Affidavit of Service executed by the process server on file with the Robertson County District Clerk for the cause originally filed in Texas state court.

5. This action was originally filed on February 9, 2023, by way of Plaintiff's First Amended Original Petition and Request for Deposition. Defendant, Royal Power Logistics, LLC, was served with Citation and Plaintiff's First Amended Original Petition and Request for Deposition on March 17, 2023. Please refer to Exhibit "5", which is a true and correct copy of the Affidavit of Service executed by the process server on file with the Robertson County District Clerk for the cause originally filed in Texas state court.

6. Prior to the date on which Defendant Hernandez was required to file this Notice of Removal, an answer to Plaintiff's First Amended Original Petition with Request for Deposition was filed with the 82nd Judicial District Court of Robertson County, Texas, pursuant to the Texas Rules of Civil Procedure on March 27, 2023.

6.     Diversity exists between Plaintiff and Defendants Manuel Hernandez and Royal Power Logistics, LLC.  Plaintiff and Defendant Sandbox Logistics, LLC ("Defendant Sandbox") are not diverse as both Plaintiff and Defendant, Sandbox Logistics, LLC, are residents of the state of Texas.  However, Defendant Sandbox filed its Verified Denial and Original Answer on February 13, 2023.  In their Verified Denial and Original Answer, Defendant Sandbox reflects they are not a proper party to the instant suit as Defendant Sandbox was not the owner of the tractor and/or trailer that Defendant Hernandez was driving at the time of the accident at issue in this lawsuit.  Thus, Defendant Sandbox's joinder as a party is not proper under 28 U.S.C. § 1441.

7.     Defendant Sandbox has consented to the removal of this cause to the United States District Court for the Western District of Texas, Waco Division.

8      Pursuant to the provisions of 28 U.S.C. § 1446, Defendant Hernandez attaches hereto, as Exhibit "1", and incorporate herein by reference, a copy of Plaintiff's First Amended Original Petition and Request for Deposition filed in the 82nd Judicial District Court in Robertson County, Texas on February 9, 2023, bearing Cause No. 23-01-21578-CV.

9.     Pursuant to the provisions of 28 U.S.C. § 1446, Defendant Hernandez attaches hereto, as Exhibit "2", and incorporate herein by reference, a copy of Defendant Manuel Hernandez's Original Answer filed in this cause on March 27, 2023.

10.    Pursuant to the provisions of 28 U.S.C. § 1446, Defendant Royal Power Logistic, LLC attaches hereto, as Exhibit "3", and incorporate herein by reference, a copy of Defendant Royal Power Logistic, LLC's Original Answer filed in this cause on April 3, 2023

11.    Pursuant to the provisions of 28 U.S.C. § 1446, Defendant Hernandez attaches hereto, as Exhibit "4", and incorporates herein by reference, a copy of the Affidavit of Service executed by the process server on file with the Robertson County District Clerk for the cause originally filed

in Texas state court.

11. Pursuant to the provisions of 28 U.S.C. § 1446, Defendant Royal Power Logistics, LLC attaches hereto, as Exhibit "5", and incorporates herein by reference, a copy of the Affidavit of Service executed by the process server on file with the Robertson County District Clerk for the cause originally filed in Texas state court.

12. Pursuant to the provisions of 28 U.S.C. § 1446, Defendants attaches hereto, as Exhibit "6", and incorporates herein by reference, a copy of Defendant Sandbox Transportation, LLC's Verified Denial and Original Answer originally filed in Texas state court.

12. According to these premises, Defendant desires and is entitled to have this cause removed from the District Court of Robertson County, Texas, to the United States District Court for the Western District of Texas, Waco Division, such being the district where such suit is pending.

13. Notice of the filing of this Notice of Removal will be given to all parties as required by law.

14. A true copy of this Notice of Removal will be filed with the Clerk of the District Court of Robertson County, Texas, as provided by law.

WHEREFORE, PREMISES CONSIDERED, Defendants, Royal Power Logistics, LLC, and Manuel Hernandez, pray that this action be removed to this Court and this Court assume jurisdiction of this action and henceforth, this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

Respectfully submitted,

**THORNTON, BIECHLIN,
   REYNOLDS & GUERRA, L.C.**
One International Centre
100 N.E. Loop 410, Suite 500
San Antonio, TX  78216-4741
Telephone: (210) 581-0289
Facsimile: (210) 525-0666
Email:  spage@thorntonfirm.com
Email:  jfinley@thorntonfirm.com

By:  __/s/ R. Sean Page_____
       R. Sean Page
       Federal ID No. 00784713
       State Bar No. 00784713
       Jeffrey K. Finley
       Federal ID No. 24062484
       State Bar No. 24062484

**Attorney for Defendants Manuel Hernandez and Royal Power Logistics, LLC**

# CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to the Federal Rules of Civil Procedure, on the 3rd day of April, 2023 to the following counsel of record:

David Hammit
Attorney at Law
109 South Madison Street
Madisonville, Texas 77864
Attorneys for Plaintiff

Wesley T. Welmaker
David M. Hernandez
Nathaniel P. Siytangco
Segal McCambridge Singer & Mahoney, Ltd.
5625 Cypress Creek Pkwy, Suite 600
Houston, Texas 77069
Attorneys for Defendant Sandbox Transportation, LLC

_____/s/ R. Sean Page_____
            R Sean Page